# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JAMES GAUNTT,

        Plaintiff,

v.

C. R. BARD, INC., and BARD
PERIPHERAL VASCULAR INC.,

        Defendants.

CASE NO.: 3:21-cv-00876-AJB-MSB

**ORDER GRANTING JOINT
STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

CASE NO. 3:21-cv-00876-AJB-MSB

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pending before the Court is the Parties' Joint Stipulation of Dismissal of All Claims Without Prejudice as to Plaintiff James Gauntt. The Joint Stipulation of Dismissal Without Prejudice is **GRANTED.** The Clerk of the Court is directed to terminate this matter. Each Party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 7, 2021

Hon. Anthony J. Battaglia
United States District Judge